## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| DAVID NELSON, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-CV-315 |
| | ) | Varlan/Shirley |
| LIFE INSURANCE COMPANY OF | ) | |
| NORTH AMERICA, d/b/a CIGNA GROUP | ) | |
| INSURANCE, and PHYSIOTHERAPY | ) | |
| ASSOCIATES, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this entire case be dismissed, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

By:      s/John P. Dreiser
John P. Dreiser, TN BPR No. 020743
Tony Farmer, TN BPR No. 1865
1356 Papermill Pointe Way
Knoxville, TN 37909
Telephone: (865) 584-1211
*Attorneys for Plaintiff*

1

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By:    s/Cameron S. Hill
Cameron S. Hill, TN BPR No. 017408
Marcie K. Bradley, TN BPR No. 028222
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN  37450-1800
Telephone:  (423) 209-4160
Email:  chill@bakerdonelson.com
*Attorneys for Defendants*

C CSH 665953 v 1
2014412-000306  09/06/2013